# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

February 3, 2023

**Via ECF**:
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St. Room 1920
New York, New York 10007

> In light of all parties' consent to stay discovery pending private mediation, the request is GRANTED. Discovery is stayed until March 27, 2023. If mediation is unsuccessful, the parties shall file a proposed Civil Case Management Plan and Scheduling Order with their submission on March 27, 2023.
>
> Dated: February 3, 2023
> New York, New York
>
> SO ORDERED
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re: *Yuwono v. Poke Fide LLC, et al.*
    Case No. 1-22-cv-05052 (JLR)(JW)

Dear Judge Rochon:

We are counsel for Plaintiff and write jointly with counsel for Defendants (the "Parties"), pursuant to the Court's Order, dated January 25, 2023 [Dkt. No. 32], to request a stay of the proceedings, including all discovery.

The Parties request this stay in order to undertake a private mediation and focus resources on settlement. The Parties have scheduled the mediation for February 28, 2023, with mediator Salman Ravala, Esq.

By March 27, 2023, as instructed in the Court's January 25th Order [Dkt. No. 32], the Parties will update the Court on whether the Parties have resolved the matter, or to request that the Court set a new discovery schedule.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF