UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDY YUWONO,
 *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

  -against-

POKE FIDI LLC
  d/b/a CHIKARASHI FIDI,
POKE NYC LLC
  d/b/a CHIKARASHI CHINATOWN,
POKE NOMAD LLC
  d/b/a CHIKARASHI NOMAD,
CANAL ARCADE LLC
  d/b/a NAKAJI,
JOHN DOE CORPORATION,
  d/b/a KONO,
MICHAEL JONG LIM,
IVY TSANG a/k/a IVY CHU,
JONATHAN CHU,
and SELWYN CHAN,

        Defendants.

Case No.: 22-cv-05052 (JLR)(JW)

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

---

  Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York
   April 19, 2023

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/* C.K. Lee
   C.K. Lee, Esq. (CL 4086)
   Anne Seelig, Esq. (AS 3976)
   Lee Litigation Group, PLLC
   148 West 24th Street, Eighth Floor
   New York, NY 10011
   Tel: (212) 465-1188
   Fax: (212) 465-1181
   *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*