UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDY YUWONO,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                       Plaintiff,

    -against-

POKE FIDI LLC
   d/b/a CHIKARASHI FIDI,
POKE NYC LLC
   d/b/a CHIKARASHI CHINATOWN,
POKE NOMAD LLC
   d/b/a CHIKARASHI NOMAD,
CANAL ARCADE LLC
   d/b/a NAKAJI,
JOHN DOE CORPORATION,
   d/b/a KONO,
MICHAEL JONG LIM,
IVY TSANG a/k/a IVY CHU,
JONATHAN CHU,
and SELWYN CHAN,

                       Defendants.

Case No.: 22-cv-05052 (JLR)(JW)

## DECLARATION OF C.K. LEE, ESQ.

I, C.K. Lee, Esq., under penalty of perjury, affirm as follows:

1.    My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2.    I submit this declaration in support of Plaintiff's motion for conditional collective certification pursuant to 29 U.S.C. § 216(b).

3.    Attached as **EXHIBIT A** herewith is a true and correct copy of the Proposed Notice and Consent Form.

4.    Attached as **EXHIBIT B** herewith are true and correct copy of a screen shot of Defendants' shared menu advertising from their website.

5. Attached as **EXHIBIT C** herewith is a true and correct copy of a screen shot of Defendants' website listing a shared email address to contact their Restaurants.

6. Attached as **EXHIBIT D** herewith is a true and correct copy of a screen shot from Defendants' website advertising a shared webpage to make reservations at the Restaurants

7. Attached as **EXHIBIT E** herewith is a true and correct copy of a screen shot from Defendants' website advertising their shared "Team" and an email from the General Manager at Defendants' Restaurants to employees.

8. Attached as **EXHIBIT E1** herewith is a true and correct copy of a screen shot of an email from the General Manager at Defendants' Restaurants to employees at the Restaurants.

9. Attached as **EXHIBIT F** herewith is a true and correct copy of Defendants' produced Employee List for "Poke Fidi," "Poke NYC;" "Poke Nomad:" and "Nakaji" (a.k.a "Canal Arcade"), including employees' regular and overtime hourly pay rates. As counsel for Defendants produced the Employee List for "Poke Nomad" without a title, Plaintiff has added the restaurant name for clarity.

10. Attached as **EXHIBIT G** herewith is a true and correct copy of news reports regarding the Individual Defendants and the Defendant Restaurants.

11. Attached as **EXHIBIT H** herewith is a true and correct copy of a sampling of Plaintiff's time and wage records, and Wage Notice Form. For convenience, Plaintiff added consecutive page numbers.

12. Attached as **EXHIBIT I** herewith is a true and correct copy of a sampling of Covered Employees' wage records showing compensation at tip credit rates and improper calculation of overtime rates. For convenience, Plaintiff added consecutive page numbers.

13. Attached as **EXHIBIT J** herewith is a true and correct copy of a sampling of Covered Employees wage records showing improper meal credit deductions. For convenience, Plaintiff added consecutive page numbers.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York            Respectfully submitted,

April 19, 2023        By:    /s/ C.K. Lee
C.K. Lee, Esq.
**LEE LITIGATION GROUP, PLLC**
C.K. Lee, Esq. (CL 4086)
Anne Seelig, Esq. (AS 3976)
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*