**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANDY YUWONO, et al,

                        Plaintiff,

              -against-

POKE FIDI LLC, et al.

                        Defendant.
-----------------------------------------------------------------X

**ORDER**
**22-CV-5052**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 30, 2023, the Court granted the Parties' request for an extension in submitting the Opposition and Reply to the Motion on Conditional Certification. Dkt. No. 54.

In light of the extension, the oral argument previously scheduled for June 28, 2023, is now CANCELED.

Instead, oral argument shall be held on **July 26, 2023, at 11 a.m.** in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
                June 1, 2023

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge