UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDY YUWONO, et al,

                        Plaintiff,

        -against-

POKE FIDI LLC, et al.

                        Defendant.
-----------------------------------------------------------------X

**ORDER**
**22-CV-5052**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Unfortunately, the Court needs to reschedule oral argument on July 26th.

Now, oral argument shall be held on **July 26, 2023, at 1 p.m.** in Courtroom 228, 40 Foley Square, New York, New York.

    SO ORDERED.

DATED:    New York, New York
                June 28, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge