**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANDY YUWONO, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                     Plaintiff,

v.

POKE FIDI LLC, ET AL,

                    Defendants.

**Case No.:** 22-cv-05052

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff SANDY YUWONO

hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June

29, 2023, and annexed hereto as **Exhibit A**.

Dated: June 30, 2023

Respectfully submitted,

By:

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June _30_, 2023, I caused service of Plaintiff's Notice of Acceptance

of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this

matter:

Martin R. West II, Esq.
Kennedys CMK, LLP
570 Lexington Avenue, 8th Floor
New York, NY 10022
martin.west@kennedyslaw.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.