**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANDY YUWONO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

POKE FIDI LLC, ET AL,

                Defendants.

**Case No.**: 22-cv-05052

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant POKE FIDI LLC d/b/a CHIKARASHI ISSO, POKE NYCLLC d/b/a CHIKARASHI CHINATOWN, POKE NOMAD LLC d/b/a CHIKARASHI NOMAD, CANAL ARCADE LLC d/b/a NAKAJI, JOHN DOE CORPORATION d/b/a KONO, MICHAEL JONG LIM, IVY TSANG a/k/a IVY CHU, JONATHAN CHU and SELWYN CHAN (collectively "Defendants"), having offered to allow Plaintiff SANDY YUWONO ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand ($15,000.00), inclusive of legal fees, with respect to Plaintiff's individual FLSA claims against Defendants in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 29, 2023 and filed as Exhibit A to Docket Number 57;

    **WHEREAS**, on June 30, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 57);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff SANDY YUWONO, in the sum of $15,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated June 29, 2023 and filed as Exhibit A to Docket Number 57. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023     _____
      New York, New York                                    U.S.D.J.